IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 5-18CR0074-C |
| DERRICK LESHUN THOMAS | |

## INDICTMENT

The Grand Jury Charges:

<u>Count One</u>
Possession with Intent to Distribute 28 Grams or More of Cocaine Base
(Violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)(iii))

On or about July 12, 2018, in the Lubbock Division of the Northern District of Texas, and elsewhere, **Derrick Leshun Thomas**, defendant, did intentionally and knowingly possess with intent to distribute 28 grams and more, but less than 280 grams, of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

Derrick Leshun Thomas
Indictment – Page 1

A TRUE BILL:

_____
FOREPERSON

ERIN NEALY COX
UNITED STATES ATTORNEY

_____
JEFFREY R. HAAG
Assistant United States Attorney
West Texas Branch Chief
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806-472-7559
Facsimile:    806-472-7394
E-mail:        jeffrey.haag@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

LUBBOCK DIVISION

THE UNITED STATES OF AMERICA

v.

DERRICK LESHUN THOMAS

COUNT 1:     POSSESSION WITH INTENT TO DISTRIBUTE 28 GRAMS OR MORE OF COCAINE BASE
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B)(iii)

(1 COUNT)

A true bill rendered:
Lubbock          _[signature]_          Foreperson

Filed in open court this the 8th day of August 2018.

Clerk

ARREST WARRANT TO ISSUE

_[signature]_
UNITED STATES MAGISTRATE JUDGE

Derrick Leshun Thomas
Indictment – Page 3